IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
V. ) Case No. CR407-225
)
MICHEAL ELKINS, ET AL. )

## O R D E R

The above captioned case filed in the Savannah Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this _____ day of February, 2017.

_____
Lisa Godbey Wood
Chief United States District Judge
Southern District of Georgia